**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6726

HENRY L. ROBINSON,

                    Petitioner - Appellant,

          v.

ROBERT   H.   MAUNCY,   Warden,   Northside   Correctional
Institution,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South  Carolina,  at  Anderson.    Solomon  Blatt,  Jr.,  Senior
District Judge.  (8:07-cv-00061-SB)

Submitted:  October 21, 2008        Decided:  October 27, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Henry  L.  Robinson,  Appellant  Pro  Se.    Melody  Jane  Brown,
Assistant  Attorney  General,  Columbia,  South  Carolina,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry L. Robinson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). See 28 U.S.C. § 2107 (2000). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Accord Bowles v. Russell, 127 S. Ct. 2360 (2007).

The district court's order was entered on the docket on March 24, 2008. The notice of appeal was filed on April 30, 2008.[*] Because Robinson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the

_____

[*]For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

2

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED